IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

A STAR AUTO GLASS, LLC
A/A/O CARLA HAMAN,

    Appellant,

v.

                                           Case No.  5D22-912
                                           LT Case No. 2019-SC-4018

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Appellee.
_____/

Opinion filed December 30, 2022

Nonfinal Appeal from the County Court
for Seminole County,
Frederic M. Schott, Judge.

Chad A. Barr, of Chad Barr Law,
Altamonte Springs, for Appellant.

Kurt T. Koehler, of Cole, Scott
& Kissane, P.A., Jacksonville,
for Appellee.

ON CONFESSION OF ERROR

PER CURIAM.

    Pursuant to Appellee's confession of error based on At Home Auto

Glass, LLC v. Mendota Insurance Co., 345 So. 3d 392 (Fla. 5th DCA 2022),

and our own review of the record, we reverse and remand for further proceedings.

REVERSED AND REMANDED.


LAMBERT, C.J., COHEN and WOZNIAK, JJ., concur.